UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL D. GOON, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL COLEMAN, et al., <br><br> Defendants. | CASE NO. C18-1445JLR <br><br> ORDER STRIKING DISCOVERY MOTION |

Before the court is Plaintiff Michael D. Goon's motion to compel Defendant State of Washington to furnish an unredacted copy of a specific Department of Corrections policy. (Mot. (Dkt. # 15).) Mr. Goon filed his motion without first requesting a conference with the court. (*See generally* Dkt.) The motion therefore contravenes the court's December 12, 2018, scheduling order. (*See* Am. Sched. Order (Dkt. # 13) at 2 ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court'. . . .") (second alteration in original) (citing Fed. R. Civ. P. 16(b)(3)(B)(v))); *see*

ORDER - 1

*also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court"). Thus, the court STRIKES Mr. Goon's motion (Dkt. # 15) without prejudice to refiling the motion in a manner that comports with the court's scheduling order.

Dated this 14th day of May, 2019.

The Honorable James L. Robart
U.S. District Court Judge