1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10    MICHAEL D. GOON,                          CASE NO. C18-1445JLR

11                          Plaintiff,          ORDER SCHEDULING
                                                TELEPHONIC HEARING
               v.
12
       MICHAEL COLEMAN, et al.,
13
                          Defendants.
14

15          Plaintiff Michael D. Goon seeks to compel Defendant State of Washington ("the

16    State") to disclose an unredacted copy of the Department of Corrections' Emergency

17    Management System Restricted Policy 410.920.  (*See* Pl. Mot. (Dkt. # 15); 5/14/19 Order

18    (Dkt. # 16) at 1 (striking Mr. Goon's motion to compel).)  The court ORDERS the parties

19    to participate in a telephonic hearing at 10:30 a.m. on Thursday, May 23, 2019, to address

20    the dispute.  The court's courtroom deputy will contact the parties with instructions on

21    how to participate in the telephonic hearing.  The court also ORDERS the parties to file

22    two-page letters describing the dispute no later than 5:00 p.m. on Tuesday, May 21, 2019.

ORDER - 1

1   Finally, the court ORDERS the State to file, as an *ex parte* sealed document, an

2   unredacted copy of the policy at issue for the court's review, no later than 5:00 p.m. on

3   Tuesday, May 21, 2019.

4        Dated this 20th day of May, 2019.

5

6

7                        The Honorable James L. Robart
                          U.S. District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22