# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL D. GOON,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL COLEMAN, et al.,<br><br>Defendants. | Case No.: 2:18-CV-01445-JLR<br><br>**ORDER AMENDING CASE SCHEDULE** |

**Per the stipulation of the Parties, the Court finds good cause to ORDER AS FOLLOWS:**

The August 22, 2019 deadlines for FRCP 26(a)(2) Disclosures and Amending Pleadings are **CONTINUED** to September 23, 2019.

Dated this 21 August 2019.

_____
The Honorable James L. Robart
U.S. District Court Judge

**ORDER AMENDING CASE SCHEDULE**
[2:18-CV-01445-JLR] - 1

ANIMAL LAW OFFICES OF
ADAM P. KARP, ESQ.
114 W. Magnolia St., Ste. 400-104, Bhm, WA 98225
(888) 430-0001 * Facsimile (866) 652-3832
adam@animal-lawyer.com