UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL D. GOON, | CASE NO. C18-1445JLR |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL COLEMAN, et al., | |
| Defendants. | |

Before the court is the parties' stipulated motion to extend pretrial deadlines. (Mot. (Dkt. # 25).) The parties ask that the court amend the case schedule by extending (1) the deadline to amend pleadings from September 23, 2019, to October 7, 2019; (2) the deadline to submit expert reports from September 23, 2019, to October 21, 2019; and (3) the discovery cut-off from October 21, 2019, to November 20, 2019, for purposes of expert discovery only. (*See id.* at 1-2.) The court has considered the motion and, as described below, GRANTS in part and DENIES in part the motion.

//

ORDER - 1

The court has no issue with the parties' joint request to extend the deadline to amend pleadings to October 7, 2019. The court finds that there is good cause for such an extension. The court therefore GRANTS the parties' stipulated request to extend the deadline to amend the pleadings to October 7, 2019.

The parties' requests to extend expert deadlines are more problematic. The court issues scheduling orders to provide a reasonable schedule for the resolution of disputes. The dispositive motions deadline is currently set for November 20, 2019. (Am. Sched. Order (Dkt. # 13).) The court generally sets the discovery cut-off approximately 30 days prior to the deadline for filing dispositive motions. This ensures that the court has a complete record before it when it considers a motion that could potentially dispose of the case. Here, the parties ask the court to extend the deadline to submit expert reports to October 21, 2019, and to extend the discovery deadline for expert discovery so that it coincides with the November 20, 2019, dispositive motions deadline. (Mot. at 1.) The court is concerned that if it granted those requests, the court would risk ruling on summary judgment motions in the absence of a complete record. Thus, the court is unwilling to grant the parties the full extensions they request. The court therefore DENIES the parties' stipulated requests to extend the deadline to submit expert reports to October 21, 2019, and to extend the discovery deadline for expert discovery to November 20, 2019.

However, in light of the parties' stipulation and the fact that the parties seek to extend the discovery cut-off for expert discovery only, the court finds that a more limited extension is warranted. Specifically, the court finds that there is good cause to extend the

ORDER - 2

deadline to submit expert reports to October 15, 2019, and to extend the discovery cut-off for expert discovery until November 13, 2019. These extensions will allow the parties to have additional time to prepare for fulsome expert discovery while still preserving the court's interest in deciding dispositive motions on a full record. Therefore, the court GRANTS the parties an extension to the deadline to submit expert reports to October 15, 2019, and an extension to the discovery cut-off for expert discovery to November 13, 2019.

Based on the foregoing analysis, the court GRANTS in part and DENIES in part the parties' stipulated motion to extend pretrial deadlines. (Dkt. # 25.) The court sets a new deadline to amend the pleadings of October 7, 2019; a new deadline to submit expert reports of October 15, 2019; and a new deadline for the discovery cut-off for expert discovery of November 13, 2019.

Dated this 20th day of September, 2019.

JAMES L. ROBART
United States District Judge