UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL D. GOON,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL COLEMAN, et al.,<br><br>  Defendants. | Case No.: 2:18-CV-01445-JLR<br><br>**ORDER RENOTING SUMMARY JUDGMENT** |

**Per the stipulation of the Parties, the Court finds good cause to ORDER AS FOLLOWS:**

The December 13, 2019 summary judgment motion is **RENOTED** to December 20, 2019. Plaintiff shall file his response by December 12, 2019. Defendant shall file a reply by December 20, 2019.

Dated this 9 Dec. 2019.

The Honorable James L. Robart
U.S. District Court Judge

ORDER RENOTING SUMMARY
JUDGMENT [2:18-CV-01445-JLR] - 1

ANIMAL LAW OFFICES OF
ADAM P. KARP, ESQ.
114 W. Magnolia St., Ste. 400-104, Bhm, WA 98225
(888) 430-0001 * Facsimile (833) 878-6835
adam@animal-lawyer.com