**UNITED STATES DISTRICT COURT
DISTRICT OF WASHINGTON - WESTERN**

| | |
|---|---|
| **MICHAEL D. GOON,**<br><br>Plaintiff,<br><br>vs.<br><br>**MICHAEL COLEMAN, et al.;**<br><br>Defendants. | Case No.: 2:18-cv-01445-JLR<br><br>**PLAINTIFF'S FRCP 26(A)(3) DISCLOSURES** |

Plaintiff **MICHAEL D. GOON**, through counsel Adam P. Karp, provides his FRCP 26(a)(3) disclosures below.

Mr. Goon reserves the right to call any of the following witnesses, as well as others for impeachment or rebuttal not identified herein.

### **FRCP 26(a)(3)(A)(i)** *Witness Disclosures*

1. **Michael D. Goon**. c/o Adam P. Karp, Esq. [Expected]

2. **Michael Coleman**. c/o Chris M. Clay, Esq. [Expected]

3. **Christopher Linville**. 27319 220th Pl. SE, Maple Valley, WA. [As need arises]

4. **Holden Wilkinson**. c/o Chris M. Clay, Esq. [Expected]

5. **Jme Thomas with Motley Zoo Animal Rescue**. 23316 NE Redmond-Fall City Rd. #522, Redmond, WA 98053, (206) 453-8480. [Expected]

Animal Law Offices of
**Adam P. Karp, Esq.**
114 W. Magnolia St., Ste. 400-104 • Bellingham, WA 98225
(888) 430-0001 • Facsimile: (833) 878-6835
adam@animal-lawyer.com

6. **Rhegan Taylor**. c/o Adam P. Karp, Esq. [As need arises]

7. **Leanne Taylor**. c/o Adam P. Karp, Esq. [Expected]

8. **Robbert Leigh Taylor**. 22006 126th St. E., Bonney Lake, WA 98391, 253-257-6671. [Expected]

9. **Dep. Greg R. Victor and other officers involved in C17058502**. King County Sheriff's Office, 516 3rd Ave. Rm W116, Seattle, WA 98104, 206-296-3311. [As need arises]

10. **Bruce L. Lemon**. Risk Mitigation Administrator of DOC, 818 – 79th Ave., Ste. C-1, Olympia, WA 98501, 360-725-8301. [As need arises]

11. **Jennifer G. Ward, DVM, DACVP** of Specialty VetPath, 3450 16th Ave. W., Ste. 303, Seattle, WA 98119, (206) 453-5691. [Expected]

12. **Keith Tate, DVM** at Wilderness Animal Hospital. 23714 222nd Pl. SE, Ste. L, Maple Valley, WA 98038, (425) 432-9975. [As need arises]

13. **James Crosby**, **MS, CBCC-KA**. Canine Aggression Consulting LLC, 1435 Oak Haven Rd., Jacksonville, FL 32207, (904) 476-7655. [Expected]

14. **Hilary Hager, MNPL.** 10200 64th Pl. W., Mukilteo, WA 98275, (425) 308-6140. [Expected]

15. **Donta Harper**. c/o Chris M. Clay, Esq. [As need arises]

16. **David Dunscombe**. c/o Chris M. Clay, Esq. (CCO – Reynolds Work Release). [As need arises]

17. **Any individuals necessary to authenticate cloning, veterinary medical, or other records or exhibits offered herein**. [As need arises]

### FRCP 26(a)(3)(A)(ii) *Deposition Testimony:*

Mr. Goon may use parts of the depositions of Michael Coleman, Holden Wilkinson, Tomas Fithian, and Donta Harper at trial as substantive evidence or for impeachment/rebuttal, at Mr.

PLAINTIFF'S FRCP 26(A)(3)
DISCLOSURES (18-CV-01445-JLR) - 2

ANIMAL LAW OFFICES OF
ADAM P. KARP, ESQ.
114 W. Magnolia St., Ste. 400-104 • Bellingham, WA 98225
(888) 430-0001 • Facsimile: (833) 878-6835
adam@animal-lawyer.com

Goon's election.

### FRCP 26(a)(3)(A)(iii) *Exhibits*:

Mr. Goon identifies the following exhibits for presentation at trial. This list may not include all potential impeachment exhibits, including, *inter alia,* discovery responses, prior statements, and deposition excerpts. Mr. Goon reserves the right to use any exhibits identified by the Defendants (provided same are not otherwise barred by rule or statute and not objected to by Mr. Goon).

| Exh. # | Exhibit Description |
|---|---|
| 1 | Video footage (AVI or MP4 format) – Camera 1[1] |
| 2 | Video footage (AVI or MP4 format) – Camera 2[2] |
| 3 | Wilderness Animal Hospital Invoice 216598 |
| 4 | 12.6.17 letter of Keith Tate, DVM |
| 5 | Necropsy Report: Amended of Jennifer G. Ward, DVM, DACVP[3] |
| 6 | Figure 1 to Necropsy Report: Amended[4] |
| 7 | Figure 2 to Necropsy Report: Amended[5] |
| 8 | Specialty VetPath Invoice INV-000358[6] |
| 9 | Radiograph 1[7] |
| 10 | Radiograph 2[8] |
| 11 | Radiograph 3[9] |
| 12 | Value Pet Invoice 193916 |
| 13 | Photograph to Viagen |
| 14 | Viagen Invoice INV0000011404 |
| 15 | Viagen Invoice 5410 |
| 16 | Viagen Invoice 7802 |
| 17 | 1.23.18 Viagen letter to Goon |
| 18 | Viagen Genetic Preservation Cell Storage Agreement |

---

[1] https://drive.google.com/file/d/1mBlWQc0heUTFHGRG2xX_d3U8s0x1ouX0/view?usp=sharing; https://drive.google.com/file/d/1ywf0pxr2UMhNo9_GeUHNfxyAHS3_LNHv/view?usp=sharing;
[2] https://drive.google.com/file/d/1HKNh-Flfq8ufN2dbwfLjb31uWx67tJR3/view?usp=sharing; https://drive.google.com/file/d/1zq5ASMQnOaVXqOm6AEbYHbBaDlhDg3Yc/view?usp=sharing;
[3] Dkt. 42, pages 9-10.
[4] Dkt. 42, page 11.
[5] Dkt. 42, page 12.
[6] Dkt. 42, page 13.
[7] Dkt. 42, pages 6.
[8] Dkt. 42, pages 7.
[9] Dkt. 42, pages 8.

**PLAINTIFF'S FRCP 26(A)(3) DISCLOSURES (18-CV-01445-JLR) -** 3

ANIMAL LAW OFFICES OF
ADAM P. KARP, ESQ.
114 W. Magnolia St., Ste. 400-104 • Bellingham, WA 98225
(888) 430-0001 • Facsimile: (833) 878-6835
adam@animal-lawyer.com

| 19 | Offender Release Plan File, including Chronos[10] |
|---|---|
| 20 | OMNI Rodarte with Chronos[11] |
| 21 | State of Washington DOC Policy 410.920[12] |
| 22 | State of Washington DOC Policy 410.930[13] |
| 23 | State of Washington DOC Policy 410.215[14] |
| 24 | Police Event History K17396195[15] |
| 25 | KCSO Incident Report No. C17028425[16] |
| 26 | Photograph of Shiloh deceased |
| 27 | Photograph of dislodged gate |
| 28 | Closeup photograph of casing near dislodged gate |
| 29 | Coleman business card[17] |
| 30 | Coleman training jacket[18] |
| 31 | Coleman second training jacket[19] |
| 32 | Coleman UOF Reports – Linville[20] |
| 33 | Wilkinson UOF Reports - Linville[21] |
| 34 | Coleman UOF Reports – Goon |
| 35 | Wilkinson OMNI Entry |
| 36 | Photograph of property[22] |
| 37 | Photograph of bullet in riser (farthest) |
| 38 | Photograph of bullet in riser (closer) |
| 39 | Photograph of bullet in riser (closer still) |
| 40 | Photograph of bullet in riser (closest) |
| 41 | Photograph of front of Coleman[23] |
| 42 | Photograph of back of Coleman |
| 43 | Photograph of front of Wilkinson[24] |
| 44 | Photograph of back of Wilkinson |
| 45 | Wilkinson training jacket[25] |
| 46 | The Problem of Dog-Related Incidents and Encounters (USDOJ/COPS)[26] |
| 47 | Area Deputies Train in Dog Handling After Recent Shooting Cases (Bradenton |

---

[10] Pages 1-4 are found at Dkt. 40, pages 5-8; see also Goon v. DOC 04050001-15.
[11] Goon v. DOC 04260001-19
[12] Dkt. 43, pages 71-84.
[13] Goon v. DOC 07030001-08
[14] Goon v. DOC 07040001-0005
[15] Goon v. DOC 05010001-02
[16] Goon v. DOC 05010003-05
[17] Dkt. 40, page 3:9-13; Coleman Dep. Exh. 4.
[18] Dkt. 43, pages 48-50.
[19] Dkt. 43, pages 52-56.
[20] Goon v. DOC 04120077-78, 04120082-86, 04120111-113.
[21] Id.
[22] Coleman Dep. Exh. 7.
[23] Coleman Dep. Exh. 11. Note that the scanned exhibit from the court reporter appears to truncate page 2.
[24] Coleman Dep. Exh. 12.
[25] Wilkinson Dep. Exh. 13.
[26] Dkt. 28, pages 39-90.

**PLAINTIFF'S FRCP 26(A)(3) DISCLOSURES (18-CV-01445-JLR)** - 4

ANIMAL LAW OFFICES OF
ADAM P. KARP, ESQ.
114 W. Magnolia St., Ste. 400-104 • Bellingham, WA 98225
(888) 430-0001 • Facsimile: (833) 878-6835
adam@animal-lawyer.com

| | | |
|---|---|---|
| | | Patch)[27] |
| | 48 | Dog Shooting Leads to Police Reform (St. Pete's Patch)[28] |
| | 49 | Gulfport Police Get "Aggressive Dog" Training (WLOX 13)[29] |
| | 50 | Law Enforcement Dog Encounter Training course and manual approved by National Sheriffs' Association[30] |
| | 51 | Evaluation of Pepper Spray (NIJ 1997)[31] |
| | 52 | Use of Force-Tactics Directive (LAPD 2009)[32] |
| | 53 | Photograph with markup (Crosby Exh. P1 - drone/Goon)[33] |
| | 54 | Photograph with markup (Crosby Exh. P2 – steps)[34] |
| | 55 | Photograph of still from Camera 2 (Crosby Exh. P3)[35] |
| | 56 | Photograph with markup (Crosby Exh. P4 – steps/closeup)[36] |
| | 57 | Photograph of Coleman Dep. Exh. 8 (Crosby Exh. P5)[37] |
| | 58 | Photograph of Goon property with re-set fence and orange tape[38] |
| | 59 | Photograph of Rhegan Taylor and Shiloh[39] |
| | 60 | Photograph of Goon and Shiloh[40] |
| | 61 | Photograph of Shiloh being hugged[41] |
| | 62 | Photograph of Shiloh swimming[42] |
| | 63 | Photograph of Shiloh and infant[43] |
| | 64 | Photograph of Shiloh being carried[44] |
| | 65 | Photograph of Shiloh in canyon[45] |
| | 66 | Photograph of Shiloh in sweater[46] |
| | 67 | Photograph of Shilo on trail |
| | 68 | Photograph of Shilo swimming |
| | 69 | Photograph of Shiloh in rapids |
| | 70 | Photograph of Shiloh closeup |

---

[27] Dkt. 28, page 91.
[28] Dkt. 28, pages 92-93.
[29] Dkt. 28, page 94.
[30] Previously sent to Defendants as Exh. D to Crosby Declaration. Manual: https://drive.google.com/open?id=1Gd4gZepKCu_QKpotoCjwGtgB990MSAzS; Course: https://drive.google.com/open?id=1IPKAPqLJ_kp-TjwGgOJ2q4h2ZbjByuWt
[31] Dkt. 28, pages 95-102.
[32] Dkt. 28, pages 103-106.
[33] Dkt. 28, page 107.
[34] Dkt. 28, page 108.
[35] Dkt. 28, page 109.
[36] Dkt. 28, page 110.
[37] Dkt. 28, page 111.
[38] Dkt. 39, page 3:1-13.
[39] Dkt. 39, page 3:19-25.
[40] Dkt. 39, page 4:3-10.
[41] Dkt. 39, page 4:19-24.
[42] Dkt. 39, page 5:9-16.
[43] Dkt. 39, page 5:17-24.
[44] Dkt. 39, page 6:1-7.
[45] Dkt. 39, page 6:17-23.
[46] Dkt. 39, page 7:3-7.

PLAINTIFF'S FRCP 26(A)(3) DISCLOSURES (18-CV-01445-JLR) - 5

ANIMAL LAW OFFICES OF
ADAM P. KARP, ESQ.
114 W. Magnolia St., Ste. 400-104 • Bellingham, WA 98225
(888) 430-0001 • Facsimile: (833) 878-6835
adam@animal-lawyer.com

| 71 | Photograph of Shiloh carrying rock |
| 72 | Photograph of Shiloh with Goon sleeping in vehicle |
| 73 | Photograph of Shiloh on dock |
| 74 | Photograph of shrine |
| 75 | Photograph of Shiloh as puppy |
| 76 | Photograph of Shiloh as puppy |
| 77 | Photograph of Shiloh as puppy (left)[47] |
| 78 | MZAR's website bio for Shiloh[48] |

Submitted this January 17, 2020

ANIMAL LAW OFFICES

_____
Adam P. Karp, WSB No. 28622
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The foregoing was served on the following person in the following manner:

**Via ECF (1.17.20):**

Christopher Clay
Assistant Attorney General
Washington State Attorney General's Office
PO Box 40126
Olympia, WA 98504-0126
Chris.clay@atg.wa.gov
Debbie.thomas@atg.wa.gov
Kathy.lake@atg.wa.gov
torolyef@atg.wa.gov

ANIMAL LAW OFFICES

_____
Adam P. Karp, WSBA No. 28622

---

[47] Dkt. 41, page 3:13-22.
[48] Dkt. 41, page 2:10-25.

**PLAINTIFF'S FRCP 26(A)(3) DISCLOSURES (18-CV-01445-JLR) -** 6